**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Riba Foods, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | aka Riba Foods |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7  6  –  0  2  3  9  1  2  9 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3701 Arc Street**<br>Number    Street | <br>Number    Street |
| | P.O. Box |
| **Houston**          **TX**    **77063**<br>City                State    ZIP Code | <br>City                State    ZIP Code |
| **Harris**<br>County | Location of principal assets, if different from principal place of business |
| | **Multiple warehouses 3735 Arc;**<br>Number    Street |
| | **3806-3814 Ace; 3702-3724 Artdale** |
| | **Houston**          **TX**    **77063**<br>City                State    ZIP Code |

5. Debtor's website (URL)    **Ribafoods.com**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Riba Foods, Inc.**                                    Case number (if known) _____

**7.   Describe debtor's business**          *A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

   2   0   3   3

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Riba Foods, Inc.** _____   Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

10.  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

11.  **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Riba Foods, Inc.** _____  Case number (if known) _____

| | |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No<br>☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   3702-3724 Artdale, 3735-3737 Arc
Number        Street

3701-3703 Arc

Houston _____  TX  77063
City                                              State  ZIP Code

**Is the property insured?**

☐ No
☑ Yes. Insurance agency    Travelers Insurance

Contact name    Michael Hotchkiss - Hotchkiss Ins Agency

Phone    713-292-5719

## Statistical and adminstrative information

| | |
|---|---|
| 13. Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Riba Foods, Inc.** _____     Case number (if known) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/20/2023**
　　　　　　　MM / DD / YYYY

X **/s/ Miguel A. Barrios** _____
Signature of authorized representative of debtor

**Miguel A. Barrios** _____
Printed name

**CEO** _____
Title

18. **Signature of attorney**

X **/s/ Richard Lee Fuqua II** _____     Date **06/20/2023** _____
Signature of attorney for debtor　　　　　　　　　　　　　　　　MM / DD / YYYY

**Richard Lee Fuqua II** _____
Printed name

**Fuqua & Associates, P.C.** _____
Firm name

**8558 Katy Freeway** _____
Number　　　Street

**Suite 119** _____

**Houston** _____     **TX**　**77024** _____
City　　　　　　　　　　　　　　　　　　　　　State　ZIP Code

**(713) 960-0277** _____     **RLFuqua@FuquaLegal.com** _____
Contact phone　　　　　　　　　　　　　　　　Email address

**07552300** _____     **TX** _____
Bar number　　　　　　　　　　　　　　　　　State

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Miguel Barrios, declare under penalty of perjury that I am the Chief Executive Officer of Riba Foods, Inc., a Texas for-profit corporation and that on June 14, 2023, the following resolution was duly adopted by the partners of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Miguel Barrios, the Chief Executive Officer of the corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be it Further Resolved, that Miguel Barrios, the Chief Executive Officer of Riba Foods, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be it Further Resolved, that Miguel Barrios, the Chief Executive Officer of Riba Foods, Inc., is authorized and directed to employ Richard L. Fuqua, attorney and the law firm of Fuqua & Associates, PC to represent the corporation in such bankruptcy case."

Executed on: __June 14, 2023__        Signed:

RIBA FOODS, INC.

By: _____

Name:     Miguel Barrios

Title:      Chief Executive Officer

**Fill in this information to identify the case**

Debtor name    Riba Foods, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   Does the debtor have any cash or cash equivalents?

     ☐ No. Go to Part 2.
     ☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.   Cash on hand        _____

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1.   Comerica Bank<br>Checking account xxx0583 | Checking account | 0 5 8 3 | $64,395.48 |
| 3.2.   Gulf Coast Reserve Account | Savings account | ___ ___ ___ ___ | $472,243.75 |

4.   Other cash equivalents    *(Identify all)*

     Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$536,639.23**

### Part 2:   Deposits and prepayments

6.   Does the debtor have any deposits or prepayments?

     ☐ No. Go to Part 3.
     ☑ Yes. Fill in the information below.

Debtor    **Riba Foods, Inc.**                                          Case number (if known) _____
          Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.** Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

7.1.   **Kagan Realty Investors**                                                                 $31,810.00

**8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

   Description, including name of holder of prepayment

8.1.   **Utilities**                                                                              $1,000.00

**9.** Total of Part 2.
   Add lines 7 through 8.  Copy the total to line 81.                                             $32,810.00

---

**Part 3:  Accounts receivable**

**10.** Does the debtor have any accounts receivable?

   ☐ No.  Go to Part 4.
   ☑ Yes.  Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11.** Accounts receivable

11a. 90 days old or less:   **$351,478.00**  –  **$0.00**  = ........ →   $351,478.00
                            face amount         doubtful or uncollectible accounts

11b. Over 90 days old:   **$3,181,419.00**  –  **$2,418,703.00**  = ........ →   $762,716.00
                         face amount           doubtful or uncollectible accounts

**12.** Total of Part 3
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                        $1,114,194.00

---

**Part 4:  Investments**

**13.** Does the debtor own any investments?

   ☐ No.  Go to Part 5.
   ☑ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** Mutual funds or publicly traded stocks not included in Part 1

   Name of fund or stock:

**15.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

   Name of entity:                                    % of ownership:

15.1.   **Hill Country Foodworks Preferred Shares**  _____   **Book**                          $580,508.00

**16.** Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

   Describe:

**17.** Total of Part 4
   Add lines 14 through 16.  Copy the total to line 83.                                           $580,508.00

---

**Part 5:  Inventory, excluding agriculture assets**

**18.** Does the debtor own any inventory (excluding agriculture assets)?

   ☐ No.  Go to Part 6.
   ☑ Yes.  Fill in the information below.

Debtor **Riba Foods, Inc.** _____   Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| Raw materials | 06/10/2023 | $1,606,466.00 | Est. of liquidation value | $230,000.00 |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| Finished goods, including goods held for resale | 06/10/2023 | $385,195.00 | Est. of liquidation value | $192,592.00 |
| Certain inventory was purchased within 20 days of filing | | $15,000.00 | | $0.00 |
| 22. Other inventory or supplies | | | | |
| Miscellaneous warehouse, kitchen and maintenance parts | | $0.00 | | $15,000.00 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

**$437,592.00**

24. Is any of the property listed in Part 5 perishable?
☐ No
☑ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☑ Yes.  Book value  $15,000.00    Valuation method _____   Current value  $0.00

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. Crops--either planted or harvested | | | | |
| 29. Farm animals  _Examples:_ Livestock, poultry, farm-raised fish | | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | | |

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

**$0.00**

34. Is the debtor a member of an agricultural cooperative?
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

Debtor   **Riba Foods, Inc.**                                              Case number (if known) _____
         Name

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____   Valuation method _____   Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
    ☐ No
    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No.  Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | $0.00 | Est. Liquidation value | $7,500.00 |
| **40. Office fixtures** | | | |
| Office fixtures | | Est. liquidation value | $1,500.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $9,605.00 | Est. liquidation value | $5,000.00 |

42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.                                                    $14,000.00
    Add lines 39 through 42.  Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☐ No
    ☑ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☐ No.  Go to Part 9.
    ☑ Yes.  Fill in the information below.

Debtor   **Riba Foods, Inc.**

Name

Case number (if known) _____

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Machinery and equipment | $1,634,447.00 | Est. liquidation value | $300,000.00 |
|---|---|---|---|

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $300,000.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

55.1. **Kagan Realty Investors**
**3735 Arc; 3802 Ace, 3814 Artdale**
**Houston, Texas**

| Improvements | Leasehold interest | $481,411.00 | Est. liquidation val | $0.00 |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   __Riba Foods, Inc._____          Case number (if known) _____
         Name

## Part 10:  Intangibles and Intellectual Property

59.  Does the debtor have any interests in intangibles or intellectual property?

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| Trade secrets and trademarks A+Brands - Arriba! Texas Pepper Works Comalera | $0.00 | estimate | $150.00 |
| **61.  Internet domain names and websites** | | | |
| Multiple internet domain names and websites | $0.00 | | $1,000.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | Unknown | | $0.00 |
| **64.  Other intangibles, or intellectual property** | | | |
| Other intangibles or intellectual property including recipes | $0.00 | | $0.00 |
| **65.  Goodwill** | | | |
| Goodwill - A+Brands - Arriba Brand, Texas Pepper Works, Comalera | $0.00 | estimate | $150,000.00 |
| **66.  Total of Part 10.** Add lines 60 through 65.  Copy the total to line 89. | | | $151,150.00 |

67.  Do your lists or records include personally identifiable information of customers  (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 11:  All other assets

70.  Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Debtor   __Riba Foods, Inc._____   Case number (if known) _____
         Name

                                                                                    Current value of
                                                                                    debtor's interest

71. Notes receivable

    Description (include name of obligor)

    __Cookwell & Company_____   $100,000.00  —  _____$0.00  = ➡   _____$100,000.00
                                      Total face amount   doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)

    Description (for example, federal, state, local)

    __IRS payroll tax refund for tax year 2021_____   Tax year   __2020__   _____$398,400.00

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed   *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                          $498,400.00

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

Debtor   **Riba Foods, Inc.** _____    Case number (if known) _____
Name

### Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $536,639.23 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $32,810.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $1,114,194.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $580,508.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $437,592.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $14,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $300,000.00 | |
| 88. Real property. *Copy line 56, Part 9.* ........................ ➔ | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $151,150.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $498,400.00 | |
| 91. Total. Add lines 80 through 90 for each column. 91a. | $3,665,293.23 | + 91b. $0.00 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92 ................................................   **$3,665,293.23**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><u>Riba Foods, Inc.</u></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><u>SOUTHERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

---

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1** Creditor's name
<u>Alvarados Mexican Produce</u>

Creditor's mailing address
<u>a PACA Trust Fund Acct</u>

<u>2305 Airline Drive</u>

<u>Houston        TX    77009</u>

Creditor's email address, if known
_____

Date debt was incurred    <u>3/2/2023 - 3/9/20</u>

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

PACA Trust Funds

Describe the lien

PACA Trust Funds

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$74,950.00**    Column B: **$894,835.75**

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$5,266,554.87**

Debtor    Riba Foods, Inc.                                    Case number (if known) _____

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| *Amount of claim* | *Value of collateral* |
| Do not deduct the value of collateral. | that supports this claim |

**2.2**  Creditor's name
Ann Harris Bennett Tax Assessor

Creditor's mailing address
1001 Preston Street
_____

Houston              TX    77002

Creditor's email address, if known
_____

Date debt was incurred    2021-2023

Last 4 digits of account
number                          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines  _____

Describe debtor's property that is
subject to a lien
**Personalty**

Describe the lien
**Ad Valorem Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

                                         $12,469.76              $0.00

Property Taxes :
5050 Campbell Road
Houston, TX 77041
Acct xxx3204

Debtor   __Riba Foods, Inc._____   Case number (if known) _____

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |

**Part 1:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.3**

Creditor's name
__Ann Harris Bennett Tax Assessor__

Creditor's mailing address
__1001 Preston Street__
_____

__Houston_____TX___77002__

Creditor's email address, if known
_____

Date debt was incurred    __2021-2023__

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
     relative priority?

    ☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
       specified on lines _____

Describe debtor's property that is
subject to a lien

**Personalty**

Describe the lien

**Ad Valorem Taxes**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$156,567.19      $0.00

3735 Arc Street
Houston, Texas 77063
Acct # xxx8124

Debtor   <u>Riba Foods, Inc.</u>                                      Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>Amount of claim<br>Do not deduct the<br>value of collateral. | *Column B*<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.4** Creditor's name
<u>Ann Harris Bennett Tax Assessor</u>

Creditor's mailing address
<u>1001 Preston Street</u>

_____

<u>Houston            TX    77002</u>

Creditor's email address, if known

_____

Date debt was incurred     <u>2023</u>

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Personalty**

Describe the lien

**Ad Valorem Taxes**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$5,857.38                    $0.00

7080 Express Ln
Houston, TX 77078
Acct # xxx9433

Debtor   **Riba Foods, Inc.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|
| | $358.94 | $0.00 |

**2.5**   Creditor's name
**Ann Harris Bennett Tax Assessor**

Creditor's mailing address
**1001 Preston Street**

_____

**Houston            TX    77002**

Creditor's email address, if known

_____

Date debt was incurred    **2021-2023**

Last 4 digits of account
number                    ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is
subject to a lien

**Vehicles**

Describe the lien

**Ad Valorem Taxes**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3735 Arc St.
Houston, Texas 77063
Acct # xxx6629

Debtor   __Riba Foods, Inc.__                                   Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.6** Creditor's name
__Ann Harris Bennett Tax Assessor__

Creditor's mailing address
__1001 Preston Street__
_____

__Houston          TX   77002__

Creditor's email address, if known
_____

Date debt was incurred   __2020-2023__

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien

**Personalty**

Describe the lien

__Ad Valorem Taxes__

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,885.03          $0.00

555 Aleen Street
Houston TX 77029
Stored Products - warehouse
Acct # xxx7365

Debtor   **Riba Foods, Inc.**   Case number (if known) _____

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

---

**2.7**

Creditor's name
**Ann Harris Bennett Tax Assessor**

Creditor's mailing address
**1001 Preston Street**
_____

**Houston          TX    77002**

Creditor's email address, if known
_____

Date debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Personalty**

Describe the lien
**Ad Valorem Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $5,289.58 | $0.00 |

3401 Navigation Blvd
Houston TX 77003
Stored products - warehouse
Acct # xxx6689

---

**2.8**

Creditor's name
**Brothers Produce**

Creditor's mailing address
**a PACA Trust Fund Acct**
**PO Box 1207**
_____

**Friendswood       TX    77549-1207**

Creditor's email address, if known
_____

Date debt was incurred   **1/11/2023 - 1/24**

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**PACA Trust Funds**

Describe the lien
**PACA Trust Funds**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

| $7,780.00 | $894,835.75 |

Debtor   **Riba Foods, Inc.**                                                          Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

**2.9**
Creditor's name
**Classic Growers LLC**

Creditor's mailing address
**a PACA Trust Fund**

**5255 Verna Behany**

_____

**Myakka City        FL    34251**

Creditor's email address, if known

_____

Date debt was incurred   **1/2/20/22 - 12/26**

Last 4 digits of account
number                ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**PACA Trust Funds**

Describe the lien

**PACA Trust Funds**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  | $21,250.00 | $894,835.75 |
|---|---|---|

**2.10**
Creditor's name
**Conagra Brands**

Creditor's mailing address
**Conagra and Affiliates**

**222 Merchandise Mart Plaza**

_____

**Chicago            IL    60654**

Creditor's email address, if known

_____

Date debt was incurred    **2018 - 2023**

Last 4 digits of account
number                ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**A/R with Conagra, Machinery and Equipment**

Describe the lien

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  | $942,139.00 | $894,835.75 |
|---|---|---|

Debtor  **Riba Foods, Inc.**                                   Case number (if known) _____

**Part 1:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.11**

Creditor's name
**Cypress Fairbanks ISD Tax Assessor**

Creditor's mailing address
**10494 Jones Road**

**Suite 106**

**Houston          TX    77065**

Creditor's email address, if known
_____

Date debt was incurred     **2022**

Last 4 digits of account number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Personalty**

Describe the lien
**Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,664.00          $894,835.75

**2.12**

Creditor's name
**Cypress Fairbanks ISD Tax Assessor**

Creditor's mailing address
**10494 Jones Road**

**Suite 106**

**Houston          TX    77065**

Creditor's email address, if known
_____

Date debt was incurred     **2021-2022**

Last 4 digits of account number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Personalty**

Describe the lien
**Ad Valorem Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,499.99          $0.00

5050 Campbell
Houston TX
Acct # xxx3204

Debtor    Riba Foods, Inc.                                              Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.13**  Creditor's name
EMC Staffing Solutions

Creditor's mailing address
6410 Oak Masters Drive
_____

Spring                TX    77379

Creditor's email address, if known
_____

Date debt was incurred    02/24/23 - 3/17/2

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
       relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is
subject to a lien
UCC on Temp Employee Contract

Describe the lien
UCC

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$98,617.00          $894,835.75

**2.14**  Creditor's name
Gargiulo

Creditor's mailing address
a PACA Trust Fund
15000 Old 41 North
_____

Naples              FL    34110

Creditor's email address, if known
_____

Date debt was incurred    1/17/23 - 3/4/23

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
       relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is
subject to a lien
PACA Trust Funds

Describe the lien
PACA Trust Funds

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$154,800.00         $894,835.75

Debtor  **Riba Foods, Inc.** _____  Case number (if known) _____

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

**2.15**  Creditor's name
**Green Garden Produce LLC**

Creditor's mailing address
**a PACA Trust Fund**

**477 Madison Ave, 6th Floor**

**New York          NY   10022**

Creditor's email address, if known
_____

Date debt was incurred   **10/18/22 - 3/21/2**

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**PACA Trust Funds**

Describe the lien

**PACA Trust Funds**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$579,293.00          $894,835.75

---

**2.16**  Creditor's name
**Gulf Coast Business Credit**

Creditor's mailing address
**5949 Sherry Lane**

**Suite 785**

**Dallas          TX   75225**

Creditor's email address, if known
_____

Date debt was incurred   **2022 - 2023**

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**UCC-1**

Describe the lien

**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,391,668.00          $1,414,194.00

---

Debtor **Riba Foods, Inc.**                         Case number (if known) _____

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.17** Creditor's name
**Inn Foods**

Creditor's mailing address
**a PACA Trust Fund**

**PO Box 742666**

_____

**Los Angeles        CA   90074-2666**

Creditor's email address, if known

_____

Date debt was incurred    **9/2/22 - 12/7/22**

Last 4 digits of account
number               ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien

**PACA Trust Funds**

Describe the lien

**PACA Trust Funds**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$57,150.00 | $894,835.75

**2.18** Creditor's name
**JGR Investments, LTD**

Creditor's mailing address
**a PACA Trust Company**

**2426 Airline Drive**

_____

**Houston          TX   77009**

Creditor's email address, if known

_____

Date debt was incurred    **1/25/23 - 3/7/23**

Last 4 digits of account
number               ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien

**PACA Trust Funds**

Describe the lien

**PACA Trust Funds**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$101,487.00 | $894,835.75

Debtor   **Riba Foods, Inc.** _____   Case number (if known) _____

## Part 1:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

**2.19**  Creditor's name
**Kagan Realty Investors**

Creditor's mailing address
**8801 Knight Road**
_____

**Houston          TX    77054**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Leased premises**

Describe the lien
**Landlord's Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$98,901.00     $894,835.75

**2.20**  Creditor's name
**Latin Specialties Produce Corp**

Creditor's mailing address
**a PACA Trust Company**

**4132 Airline Drive**
_____

**Houston          TX    77022**

Creditor's email address, if known
_____

Date debt was incurred   **9/12/22 - 10/12/2**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**PACA Trust Funds**

Describe the lien
**PACA Trust Funds**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$12,864.00     $894,835.75

Debtor    <u>Riba Foods, Inc.</u>                         Case number (if known) _____

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |

**2.21**  Creditor's name
<u>Mex Flore Produce Company</u>

Creditor's mailing address
<u>a PACA Trust Company</u>

<u>2216 Silver Street</u>

_____

<u>Houston           TX    77007</u>

Creditor's email address, if known

_____

Date debt was incurred    <u>11/2/2022 -</u>

Last 4 digits of account
number                          ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
          relative priority?

   ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
             specified on lines  _____

Describe debtor's property that is
subject to a lien

PACA Trust Funds

Describe the lien

<u>PACA Trust Funds</u>

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $499,064.00

Column B: $894,835.75

Debtor   __Riba Foods, Inc._____   Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chad P Morrow, Esq.<br>909 Poydras St<br>Suite 2800<br><br>New Orleans          LA     70112 | Line  2.1 | ___ ___ ___ ___ |
| Euler Hermes Collections North America<br>800 Red Brook Blvd<br>Suite 400C<br><br>Owings Mills          MD     21117 | Line  2.15 | ___ ___ ___ ___ |
| Peter Smart, Esq.<br>Crain Caton & James<br>1401 McKinney Street<br>Suite 1700<br>Houston          TX     77010 | Line  2.19 | ___ ___ ___ ___ |
| Robert E. Goldman, Esq.<br>1 East Broward Blvd<br>Suite 700<br><br>Fort Lauderdale          FL     33301 | Line  2.21 | ___ ___ ___ ___ |
| Roy Cohn, Esq.<br>445 Crawfords Climb<br><br><br>Nellysford          VA     22958 | Line  2.9 | ___ ___ ___ ___ |
| Steven M. De Falco<br>Meuers Law Firm<br>5395 Park Central Court<br><br>Naples          FL     34109 | Line  2.17 | ___ ___ ___ ___ |

Debtor    Riba Foods, Inc.                                          Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Steven M. De Falco | Line  2.14 | ___ ___ ___ ___ |
| Meuers Law Firm | | |
| 5395 Park Central Court | | |
| | | |
| Naples                              FL      34109 | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Riba Foods, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | _____ | _____ |

**2.1**  Priority creditor's name and mailing address

_____

_____

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(_____)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No
☐ Yes

Debtor __Riba Foods, Inc._____    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address                 $650.00

3 Rivers Logistics, Inc.

60 Doughboy Road

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Gillett                          AR      72055

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.2**   Nonpriority creditor's name and mailing address               $3,751.00

84.51

PO Box 635029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Cincinnati                       OH      45263

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.3**   Nonpriority creditor's name and mailing address               $2,555.00

A&B Environmental Services Inc

10100 East Fwy

Suite 100

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                          TX      77029

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2022-2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.4**   Nonpriority creditor's name and mailing address                $878.00

Advanced Business Copiers

PO Box 12018

Spring X 77391

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor     __Riba Foods, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,171.00 |

__Advanced Spice & Trading_____

__13951 Senlac Drive_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Dallas_____ TX ___75234___

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred ___2023____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,858.00 |

__AG Logistics LLC_____

__6960 Cherokee Avenue_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Fort Myers_____ FL ___33905___

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred ___2023____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,713.00 |

__Ajinomoto North America_____

__Dept CH 10983_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Palatine_____ IL ___60055___

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred ___2022____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,341.00 |

__Alchemy Systems_____

__5301 Riata Park Court_____

__Building F - Suite 100_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Austin_____ TX ___78727___

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred ___2022____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   __Riba Foods, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

__Alliance Critical Capacity_____

__dba Alliance Shippers Inc._____

__PO Box 826896_____

__Philadelphia_____ PA ___19182___

Date or dates debt was incurred ___2022___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods & Services_____

Is the claim subject to offset?
☑ No
☐ Yes

$33,500.00

---

**3.10**   Nonpriority creditor's name and mailing address

__Amara Transportation_____

__PO Box 206773_____

_____

__Dallas_____ TX ___75320___

Date or dates debt was incurred ___2022 - 2023___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods & Services_____

Is the claim subject to offset?
☑ No
☐ Yes

$5,200.00

---

**3.11**   Nonpriority creditor's name and mailing address

__Amcor_____

__24815 Network Place_____

__Chicago IL 606373_____

_____

Date or dates debt was incurred ___2022 - 2023___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods & Services_____

Is the claim subject to offset?
☑ No
☐ Yes

$338,324.00

---

**3.12**   Nonpriority creditor's name and mailing address

__AmeriGas_____

__PO Box 660288_____

_____

__Dallas_____ TX ___75266___

Date or dates debt was incurred ___2022 - 2023___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods & Services_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,179.00

---

Debtor  __Riba Foods, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,124.00 |

Applied Products Inc

PO Box 776265

☐ Contingent
☐ Unliquidated
☐ Disputed

Chicago                    IL      60677

**Basis for the claim:**
Goods & Services

Date or dates debt was incurred      2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,018.00 |

Aramark Uniforms

AUS Central Lockbock

PO Box 731676

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                     TX     75373

**Basis for the claim:**
Goods & Services

Date or dates debt was incurred      2022 - 2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |

Atlantic Coupon Redemption Cnt

6 Hinchman Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Denville                   NJ     07834

**Basis for the claim:**
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.00 |

B&R Stores Inc

4554 W Street

☐ Contingent
☐ Unliquidated
☐ Disputed

Lincoln                    NE     68503

**Basis for the claim:**
Goods & Services

Date or dates debt was incurred      2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    __Riba Foods, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.00 |

Check all that apply.

__Babbitt International_____

__PO Box 70094_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Houston_____     TX     77270__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred    __2022_____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.00 |

Check all that apply.

__Bayou City Backflow & Plumbing_____

__13807 Cedar_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Santa FE_____     TX     77517__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred    __2022_____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,900.00 |

Check all that apply.

__BBI Logistics_____

__PO Box 970_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Columbus_____     OH     43216__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred    __2023_____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | ($747.38) |

Check all that apply.

__Belmark Inc_____

__PO Box 8814_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Carol Stream_____     IL     60197__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred    __2023_____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   __Riba Foods, Inc.__   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

__Belt Power__

__PO Box 306103__

__Nashville__        TN    37230

Date or dates debt was incurred   __2022__

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Goods & Services__

Is the claim subject to offset?
☑ No
☐ Yes

$1,535.00

---

**3.22** Nonpriority creditor's name and mailing address

__Ben E Keith Foods__

__PO Box 2497__

__Fort Worth__        TX    76113

Date or dates debt was incurred   __2023__

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Goods & Services__

Is the claim subject to offset?
☑ No
☐ Yes

$31,963.00

---

**3.23** Nonpriority creditor's name and mailing address

__Berlin Packaging__

__PO Box 74007164__

__Chicago__        IL    60674

Date or dates debt was incurred   __2022 - 2023__

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Goods & Services__

Is the claim subject to offset?
☑ No
☐ Yes

$796,985.00

---

**3.24** Nonpriority creditor's name and mailing address

__Budget Restaurant Supply__

__8800 W. Sam Houston Pkwy South__

__Houston__        TX    77099

Date or dates debt was incurred   __2021 - 2023__

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Goods & Services__

Is the claim subject to offset?
☑ No
☐ Yes

$8,440.00

---

Debtor   Riba Foods, Inc.                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25** Nonpriority creditor's name and mailing address

Carr Riggs & Ingram

PO Box 974715

Dallas                    TX      75397

Date or dates debt was incurred    2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$5,200.00

---

**3.26** Nonpriority creditor's name and mailing address

Celtic International

62538 Collections Center Drive

Chicago                   IL      60693-0625

Date or dates debt was incurred    2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$3,800.00

---

**3.27** Nonpriority creditor's name and mailing address

ChaseSource LP

3311 West Alabama St

Houston                   TX      77098

Date or dates debt was incurred    2021 - 2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$51,686.00

---

**3.28** Nonpriority creditor's name and mailing address

Chester - Jensen

PO Box 908

Chester                   PA      19016-0908

Date or dates debt was incurred    2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$3,899.00

---

Debtor   Riba Foods, Inc.                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29** Nonpriority creditor's name and mailing address

Cintas

5355 W Sam Houston Pkwy North

Suite 300

Houston              TX      77041

Date or dates debt was incurred      2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?

☑ No
☐ Yes

$31,480.00

---

**3.30** Nonpriority creditor's name and mailing address

City of Houston

Water Dept.

PO Box 203887

Houston              TX      77216-3887

Date or dates debt was incurred      2022 - 2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?

☑ No
☐ Yes

$36,941.00

---

**3.31** Nonpriority creditor's name and mailing address

Clayton Industries

17477 Hurley St

La Puente              CA      91744

Date or dates debt was incurred      2021

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?

☑ No
☐ Yes

$5,461.00

---

**3.32** Nonpriority creditor's name and mailing address

Communikay

1900 Hwy 35 Bypass North

Alvin              TX      77511

Date or dates debt was incurred      2022 - 2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?

☑ No
☐ Yes

$8,013.00

---

Debtor   __Riba Foods, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33** Nonpriority creditor's name and mailing address

Corrugated Concepts

PO Box 731152

Dallas                         TX      75373-1152

Date or dates debt was incurred      2022

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$137,185.00

---

**3.34** Nonpriority creditor's name and mailing address

Coyote Logistics

PO Box 742636

Atlanta                        GA      30374-7629

Date or dates debt was incurred      2022 - 2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$172,508.00

---

**3.35** Nonpriority creditor's name and mailing address

Creative Financial Staffing

PO Box 95111

Chicago                        IL      60694-5111

Date or dates debt was incurred      2022

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$6,102.00

---

**3.36** Nonpriority creditor's name and mailing address

Crest Foods

PO Box 7510

Edmond                         OK      73083-7510

Date or dates debt was incurred      2021

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$208.00

---

| Debtor | Riba Foods, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.37 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

Crown Lift Trucks

PO Box 641173

| | | |
|---|---|---|
| Cincinnati | OH | 45264-1173 |

Date or dates debt was incurred    2022 - 2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods & Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$19,217.00**

---

| 3.38 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

Culinary Farms

1244 E Beamer Street

| | | |
|---|---|---|
| Woodland | CA | 95776 |

Date or dates debt was incurred    2022 - 2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods & Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$74,721.00**

---

| 3.39 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

Dart Advantage Logistics

PO Box 64746

Attn: Accounts Receivable

| | | |
|---|---|---|
| Saint Paul | MN | 55164-0746 |

Date or dates debt was incurred    2022 - 2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods & Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$73,120.00**

---

| 3.40 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

DC Scott & Associates

1202 W Bitters Road

Building 2

| | | |
|---|---|---|
| San Antonio | TX | 78216 |

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods & Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$364.00**

---

Debtor   **Riba Foods, Inc.**                                   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

Dept Health Human Services

Bureau of Consumer Health Ser.

PO Box 30008

Houston                    TX      77230-0008

Date or dates debt was incurred    2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   Goods & Services

Is the claim subject to offset?
- [x] No
- [ ] Yes

$622.00

---

**3.42** Nonpriority creditor's name and mailing address

Diana Food

PO Box 157

Silverton                  OR      97381

Date or dates debt was incurred    2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   Goods & Services

Is the claim subject to offset?
- [x] No
- [ ] Yes

$19,858.00

---

**3.43** Nonpriority creditor's name and mailing address

Digital Phone Works

PO Box 1352

Cypress                    TX      77410

Date or dates debt was incurred    2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   Goods & Services

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,397.00

---

**3.44** Nonpriority creditor's name and mailing address

Dipasa USA Inc

PO Box 1576

San Antonio                TX      78296-1576

Date or dates debt was incurred    2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   Goods & Services

Is the claim subject to offset?
- [x] No
- [ ] Yes

$6,467.00

---

Debtor    Riba Foods, Inc.                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.45

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| Domino Amjet Inc | ☐ Contingent |
| 3809 Collection Center Drive | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Chicago            IL      60693 | Goods & Services |
| Date or dates debt was incurred      2022 | Is the claim subject to offset? |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| | ☐ Yes |

$5,266.00

### 3.46

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| DXP Enterprises Inc | ☐ Contingent |
| PO Box 840511 | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Dallas              TX     75284 | Goods & Services |
| Date or dates debt was incurred      2021 - 2022 | Is the claim subject to offset? |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| | ☐ Yes |

$628.00

### 3.47

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| Eatem Foods Company | ☐ Contingent |
| Attn: Mike Schneider | ☐ Unliquidated |
| 75 Remittance Dr., Ste 1046 | ☐ Disputed |
| | **Basis for the claim:** |
| Chicago            IL      60675 | Goods & Services |
| Date or dates debt was incurred      2022 | Is the claim subject to offset? |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| | ☐ Yes |

$20,723.00

### 3.48

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| Echo Global Logistics Inc. | ☐ Contingent |
| Attn: Accounts Receivable | ☐ Unliquidated |
| 22168 Network Place | ☐ Disputed |
| | **Basis for the claim:** |
| Chicago            IL      60673-1221 | Goods & Services |
| Date or dates debt was incurred      2022 | Is the claim subject to offset? |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| | ☐ Yes |

$6,290.00

Debtor    **Riba Foods, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49** Nonpriority creditor's name and mailing address

Elite Spice Inc.

PO Box 781025

Philadelphia         PA    19178

Date or dates debt was incurred    2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☒ No
☐ Yes

$34,170.00

---

**3.50** Nonpriority creditor's name and mailing address

Eriez Manufacturing Co

2200 Asbury Road

Erie                 PA    16506-1402

Date or dates debt was incurred    2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☒ No
☐ Yes

$6,569.00

---

**3.51** Nonpriority creditor's name and mailing address

Estes Express Lines

PO Box 105160

Atlanta              GA    30348

Date or dates debt was incurred    2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☒ No
☐ Yes

$3,755.00

---

**3.52** Nonpriority creditor's name and mailing address

Federal Express

PO Box 660481

Dallas               TX    75266

Date or dates debt was incurred    2022 - 2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☒ No
☐ Yes

$2,565.00

---

Debtor   __Riba Foods, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.53 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$77.00

__FedEx Freight__

__Dept CH__

__PO Box 10306__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Palatine__                     IL     __60055-0306__

**Basis for the claim:** __Goods & Services__

Date or dates debt was incurred   __2022__

Last 4 digits of account number   __ __ __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$49,771.00

__Fleischmann's Vinegar__

__12605 Hidden Creek Way__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Cerritos__                     CA     __90703__

**Basis for the claim:** __Goods & Services__

Date or dates debt was incurred   __2022 - 2023__

Last 4 digits of account number   __ __ __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$10,546.00

__Flexxray__

__3751 New York Ave__

__Suite 130__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Arlington__                     TX     __76014__

**Basis for the claim:** __Goods & Services__

Date or dates debt was incurred   __2022__

Last 4 digits of account number   __ __ __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$11,346.00

__Food Safety Net Services__

__PO Box 116438__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Carrollton__                     TX     __75011-6438__

**Basis for the claim:** __Goods & Services__

Date or dates debt was incurred   __2022 - 2023__

Last 4 digits of account number   __ __ __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   __Riba Foods, Inc._____   Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 |

Full Line Food Inc

7200 Wynnpark Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston              TX      77008-6030

Basis for the claim: Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $836.00 |

Geimans' Advertising Inc

12337 Jones Rd

Suite 200-15

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston              TX      77070

Basis for the claim: Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,824.00 |

Genesis

9514 Mykawa Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston              TX      77048

Basis for the claim: Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |

Genius Central

n/k/a SPS Commerce Inc

333 South Seventh Street # 1000

☐ Contingent
☐ Unliquidated
☐ Disputed

Minneapolis          MN    55402

Basis for the claim: Goods & Services

Date or dates debt was incurred      2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    Riba Foods, Inc.                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
|---|---|---|---|

Givaudan Flavors Corp

4705 US 92 East

☐ Contingent
☐ Unliquidated
☐ Disputed

Lakeland                    FL     33801

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,225.00 |
|---|---|---|---|

Global Tranz Enterprises

PO Box 203285

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                      TX     75320-3285

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2021 - 2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,485.00 |
|---|---|---|---|

Grayson Armature Works Inc

315 Curtis Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Pasadena                    TX     77502

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,309.00 |
|---|---|---|---|

Griffin Food Company Inc.

PO Box 1183

☐ Contingent
☐ Unliquidated
☐ Disputed

Norman                      OK     73070

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2022 - 2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    Riba Foods, Inc.                                    Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,086.00 |

Guardian

PO Box 677458

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                              TX      75267

Basis for the claim: Goods & Services

Date or dates debt was incurred        2023

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,401.00 |

Haile Resources

2650 Freewood Dr

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                              TX      75220

Basis for the claim: Goods & Services

Date or dates debt was incurred        2023

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,525.00 |

Harlow-HRK Sales & Marketing

PO Box 24247

☐ Contingent
☐ Unliquidated
☐ Disputed

Seattle                              WA      98124-0247

Basis for the claim: Goods & Services

Date or dates debt was incurred        2021

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.00 |

Harps USA

PO Box 48

☐ Contingent
☐ Unliquidated
☐ Disputed

Springdale                              AR      72765

Basis for the claim: Goods & Services

Date or dates debt was incurred        2021

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

Debtor    Riba Foods, Inc.                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|---|---|---|---|

High Tech Advantage

17350 State Highway 249

Ste 220 # 1620

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                    TX    77064

Basis for the claim:  Goods & Services

Date or dates debt was incurred    2021 - 2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,648.00 |
|---|---|---|---|

Hiland Dairy

6333 FM 1960 Road West

☐ Contingent
☐ Unliquidated
☐ Disputed

Humble                    TX    77338

Basis for the claim:  Goods & Services

Date or dates debt was incurred    2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,550.00 |
|---|---|---|---|

Hoosier Logistics Inc

155 E Market St

Suite 300

☐ Contingent
☐ Unliquidated
☐ Disputed

Indianapolis              IN    46204

Basis for the claim:  Goods & Services

Date or dates debt was incurred    2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |
|---|---|---|---|

Hy-Vee Inc

5820 Westown Parkway

☐ Contingent
☐ Unliquidated
☐ Disputed

West Des Moines           IA    50266

Basis for the claim:  Goods & Services

Date or dates debt was incurred    2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   __Riba Foods, Inc._____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $9,496.00 |

Hygiena LLC

941 Avenida Acaso

☐ Contingent
☐ Unliquidated
☐ Disputed

Camarillo          CA    93012

**Basis for the claim:**
Goods & Services

Date or dates debt was incurred    2021 - 2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,680.00 |

Impact Sales Group

PO Box 24131

☐ Contingent
☐ Unliquidated
☐ Disputed

Seattle          WA    98124-0131

**Basis for the claim:**
Goods & Services

Date or dates debt was incurred    2021 - 2022

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,258.00 |

Imperial Packaging

601 Skokie Blvd

Suite 2D

☐ Contingent
☐ Unliquidated
☐ Disputed

Northbrook          IL    60062

**Basis for the claim:**
Goods & Services

Date or dates debt was incurred    2022

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,425.00 |

Indel Foods

11415 Cedar Oak Dr

☐ Contingent
☐ Unliquidated
☐ Disputed

El Paso          TX    79936

**Basis for the claim:**
Goods & Services

Date or dates debt was incurred    2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Riba Foods, Inc. _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,366.00

Ingredion

PO Box 409882

Basis for the claim: Goods & Services

Atlanta          GA     30384-9882

Date or dates debt was incurred     2023

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,765.00

Inkjet Inc

11111 Inkjet Way

Basis for the claim: Goods & Services

Willis          TX     77378

Date or dates debt was incurred     2022 - 2023

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,799.00

Inmar / Youtech LLC

Lockbox # 777843

7843 Solution Center

Basis for the claim: Goods & Services

Chicago          IL     60677-7008

Date or dates debt was incurred     2021 - 2022

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,065.00

Innovative Packaging Solutions

43513 Ridge Park Dr

Basis for the claim: Goods & Services

Temecula          CA     92590

Date or dates debt was incurred     2021 - 2022

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor    Riba Foods, Inc.                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

---

**3.81**  Nonpriority creditor's name and mailing address

Interflon America

222 West Las Colinas Blvd

_____

Irving                    TX        75039

Date or dates debt was incurred        2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,037.00

---

**3.82**  Nonpriority creditor's name and mailing address

International Food Products

PO Box 415000

MSC 7592

_____

Nashville                TN        37241

Date or dates debt was incurred        2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$36,161.00

---

**3.83**  Nonpriority creditor's name and mailing address

International Food Systems

1614 IH 35 North

_____

New Braunfels            TX        78130

Date or dates debt was incurred        2022 - 2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$49,305.00

---

**3.84**  Nonpriority creditor's name and mailing address

Interstate Battery Center

10959 Cypress Creek Pkwy

Suite F

_____

Houston                  TX        77070

Date or dates debt was incurred        2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$133.00

---

Debtor   __Riba Foods, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.85 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$11,969.00

__Jenkins Brokerage Co_____

__1500 S. Zarzamora St_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__San Antonio_____ TX ___ 78207__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred   __2023__

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$50,028.00

__JG Boswell Co_____

__36889 Hwy 58_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Buttonwillow_____ CA ___ 93206__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred   __2022__

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$5,143.00

__Kalsec Inc_____

__PO Box 50511_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Kalamazoo_____ MI ___ 49005__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred   __2022__

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$1,215.00

__Kaps-All_____

__200 Mill Rd_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Riverhead_____ NY ___ 11901__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred   __2023__

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor    Riba Foods, Inc.                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89**  Nonpriority creditor's name and mailing address

Kerry

PO Box 98489

Chicago                    IL        60693

Date or dates debt was incurred        2023

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$10,999.00

---

**3.90**  Nonpriority creditor's name and mailing address

Kevala Inernational

3144 E Maria Street

Compton                    CA        90221

Date or dates debt was incurred        2021

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$11,540.00

---

**3.91**  Nonpriority creditor's name and mailing address

Keyence Corp of America

500 Park Blvd

Suite 200

Itasca                    IL        60143

Date or dates debt was incurred        2023

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,236.00

---

**3.92**  Nonpriority creditor's name and mailing address

Kroger Regional Accounting Svc Cntr

2496 Solutions Center

Lockbox # 773496

Chicago                    IL        60677

Date or dates debt was incurred        2023

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$16,756.00

---

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     page 24

Debtor __Riba Foods, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,924.00 |

Lee Kum Kee Foods Inc

14841 Don Julian Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

La Puente                    CA      91746

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 |

Linde Gas & Equip Inc

PO Box 120812

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                       TX      75312

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $782.00 |

Lineage Logistics, PFS LLC

PO Box 734938

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                       TX      75373

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,315.00 |

Major Products

PO Box 675

66 Industrial Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Little Ferry                 NJ      07643

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor **Riba Foods, Inc.** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.97 | Nonpriority creditor's name and mailing address |

Marloe Group Inc

6727 Maple Dr

Humble                TX      77338

Date or dates debt was incurred    2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,511.00

---

| 3.98 | Nonpriority creditor's name and mailing address |

Marva Maid Dairy

PO Box 392612

Pittsburgh            PA      15251

Date or dates debt was incurred    2022 - 2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$2,670.00

---

| 3.99 | Nonpriority creditor's name and mailing address |

Matrix Packaging Machinery

PO Box 932182

Cleveland             OH      44193

Date or dates debt was incurred    2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$10,913.00

---

| 3.100 | Nonpriority creditor's name and mailing address |

McKeever Enterprises

4216 South Hocker - Bldg 9

Independence          MO      64055

Date or dates debt was incurred    2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$207.00

---

Debtor    __Riba Foods, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address |

McMaster - Carr

PO Box 7690

Chicago                    IL      60680

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$13,364.00

Date or dates debt was incurred    __2017, 2021 - 2023__

Basis for the claim:    __Goods & Services_____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address |

Mexilink Inc

PO Box 4346; Dept 229

Houston                    TX      77210

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$82,571.00

Date or dates debt was incurred    __2022__

Basis for the claim:    __Goods & Services_____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address |

Minsa Corporation

2622 Solution Center

Chicago                    IL      60677

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,937.00

Date or dates debt was incurred    __2023__

Basis for the claim:    __Goods & Services_____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address |

MMC Premium Label Solutions

1530 Morse Avenue

Elk Grove Village          IL      60007

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$188,433.00

Date or dates debt was incurred    __2022__

Basis for the claim:    __Goods & Services_____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   __Riba Foods, Inc.__                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |

__NCH Retailer Services__

__25651 Network Place__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Chicago__                    IL        60673

Basis for the claim:
__Goods & Services__

Date or dates debt was incurred        __203__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,352.00 |

__New Mexico Green Chile Company LLC__

__1807 Don Lewis Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Artesia__                    NM        88210

Basis for the claim:
__Goods & Services__

Date or dates debt was incurred        __2023__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,132.00 |

__ODP Business Solutions__

__PO Box 660113__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__                    TX        75266-0113

Basis for the claim:
__Goods & Services__

Date or dates debt was incurred        __2022 - 2023__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |

__OFICRS__

__Dept 960552__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Oklahoma City__                    OK        73196-0552

Basis for the claim:
__Goods & Services__

Date or dates debt was incurred        __2023__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   __Riba Foods, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.                                                              Amount of claim

| 3.109 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                     $19,166.00

__Olam Chile Pepper_____

__Lockbox # 731254_____        ☐ Contingent
                                                     ☐ Unliquidated
__PO Box 731254_____         ☐ Disputed

_____

__Dallas_____ TX _____ 75373____       Basis for the claim:
                                              __Goods & Services_____

Date or dates debt was incurred      __2023_____     Is the claim subject to offset?
                                                        ☑ No
Last 4 digits of account number   __ __ __ __           ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                     $361,474.00

__Oncall Staffing Inc_____

__PO Box 55569_____         ☐ Contingent
                                                     ☐ Unliquidated
_____             ☐ Disputed

_____

__Houston_____ TX _____ 77255____       Basis for the claim:
                                              __Goods & Services_____

Date or dates debt was incurred      __2022 - 2023___     Is the claim subject to offset?
                                                          ☑ No
Last 4 digits of account number   __ __ __ __             ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                     $15,638.00

__Pacific Meridian Group Inc_____

__5301 Longley Lane_____        ☐ Contingent
                                                     ☐ Unliquidated
__Suite # D-159_____         ☐ Disputed

_____

__Reno_____ NV _____ 89511____        Basis for the claim:
                                              __Goods & Services_____

Date or dates debt was incurred      __2023_____     Is the claim subject to offset?
                                                        ☑ No
Last 4 digits of account number   __ __ __ __           ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                     $14,261.00

__Pagel Davis & Hill PC_____

__1415 Louisiana St_____        ☐ Contingent
                                                     ☐ Unliquidated
__22nd Floor_____          ☐ Disputed

_____

__Houston_____ TX _____ 77002____       Basis for the claim:
                                              __Goods & Services_____

Date or dates debt was incurred      __2021_____     Is the claim subject to offset?
                                                        ☑ No
Last 4 digits of account number   __ __ __ __           ☐ Yes

Debtor    **Riba Foods, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,860.00 |
|---|---|---|---|

**PC Matic**

2515 West 22nd Street

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Sioux City                    IA      51102

Basis for the claim:
**Goods & Services**

Date or dates debt was incurred    2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,983.00 |
|---|---|---|---|

**Plochman Inc**

1333 Boudreau Rd

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Manteno                       IL      60950

Basis for the claim:
**Goods & Services**

Date or dates debt was incurred    2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,716.00 |
|---|---|---|---|

**Precision Scales**

5829 W Sam Houston Pkwy # 205

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                       TX      77041

Basis for the claim:
**Goods & Services**

Date or dates debt was incurred    2022 - 2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,716.00 |
|---|---|---|---|

**Prime Packaging**

4008 Louetta Rd # 602

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Spring                        TX      77388-4405

Basis for the claim:
**Goods & Services**

Date or dates debt was incurred    2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Riba Foods, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.117**  Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:              $3,284.00
*Check all that apply.*

Progressive Pumps Corp                                          ☐ Contingent
20108 Krahn Road                                               ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
Spring                        TX    77388                      Goods & Services

Date or dates debt was incurred        2023                    Is the claim subject to offset?
                                                              ☑ No
Last 4 digits of account number    __ __ __ __                 ☐ Yes

---

**3.118**  Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:              $2,000.00
*Check all that apply.*

Quotient                                                       ☐ Contingent
PO Box 204472                                                 ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
Dallas                        TX    75320                      Goods & Services

Date or dates debt was incurred        2021                    Is the claim subject to offset?
                                                              ☑ No
Last 4 digits of account number    __ __ __ __                 ☐ Yes

---

**3.119**  Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:              $12.00
*Check all that apply.*

Randolp Heubach                                               ☐ Contingent
61 Lincoln Park                                              ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
San Anselmo                   CA    94960-2563                 Goods & Services

Date or dates debt was incurred        2022                    Is the claim subject to offset?
                                                              ☑ No
Last 4 digits of account number    __ __ __ __                 ☐ Yes

---

**3.120**  Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:              $1,623.00
*Check all that apply.*

Red Oak Foods                                                ☐ Contingent
35 Trautwein Cres                                            ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
Closter                       NJ    07624                      Goods & Services

Date or dates debt was incurred        2023                    Is the claim subject to offset?
                                                              ☑ No
Last 4 digits of account number    __ __ __ __                 ☐ Yes

---

Debtor     __Riba Foods, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.121** Nonpriority creditor's name and mailing address

__Redemption Processing Representative__

__PO Box 724__

__Blairstown__          NJ    07825-0274

Date or dates debt was incurred     __2022__

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
☑ No
☐ Yes

$4.00

---

**3.122** Nonpriority creditor's name and mailing address

__Ref Leasing Co__

__245 E North Ave__

__Carol Stream__          IL    60188

Date or dates debt was incurred     __2022__

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
☑ No
☐ Yes

$15,900.00

---

**3.123** Nonpriority creditor's name and mailing address

__Relevant Industrial LLC__

__PO Box 95605__

__Grapevine__          TX    76099

Date or dates debt was incurred     __2022__

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
☑ No
☐ Yes

$612.00

---

**3.124** Nonpriority creditor's name and mailing address

__RJW Logistics__

__PO Box 1309__

__Bolingbrook__          IL    60440

Date or dates debt was incurred     __2023__

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
☑ No
☐ Yes

$3,153.00

---

Debtor   __Riba Foods, Inc._____      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,347.00 |
|---|---|---|---|

__RJW Warehouse_____

__PO Box 1309_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Bolingbrook_____ IL____ 60440__

Basis for the claim:  __Goods & Services_____

Date or dates debt was incurred    __2023____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,293.50 |
|---|---|---|---|

__Robert Half_____

__PO Box 743295_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Los Angeles_____ CA___ 90074-3295__

Basis for the claim:  __Goods & Services_____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,591.00 |
|---|---|---|---|

__Schiff Food Product Co_____

__944 Riverview Dr_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Totowa_____ NJ___ 07512__

Basis for the claim:  __Goods & Services_____

Date or dates debt was incurred    __2023____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

__Schreiber Int'l_____

__600 E Cresent Ave_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Saddle River_____ NJ___ 07458__

Basis for the claim:  __Goods & Services_____

Date or dates debt was incurred    __2022____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    Riba Foods, Inc.                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,030.00 |

ScICO Supply LLC

PO Box 116438

☐ Contingent
☐ Unliquidated
☐ Disputed

Carrollton                    TX      75011-6438

Basis for the claim: Goods & Services

Date or dates debt was incurred      2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,642.00 |

Shuttleworth LLC

10 Commercial Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Huntington                    IN      46750

Basis for the claim: Goods & Services

Date or dates debt was incurred      2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,125.00 |

Southern Dock Products

611 East Sam Houston Pkwy

Suite 200

☐ Contingent
☐ Unliquidated
☐ Disputed

Pasadena                      TX      77503

Basis for the claim: Goods & Services

Date or dates debt was incurred      2022 - 2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,148.00 |

Southern Seasonings

206 Burgess Dr

☐ Contingent
☐ Unliquidated
☐ Disputed

Broussard                     LA      70518

Basis for the claim: Goods & Services

Date or dates debt was incurred      2022 - 2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

Debtor  __Riba Foods, Inc._____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 |

__Southwest AC Supply_____

__9612 Westpark Dr_____

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

__Houston_____  __TX__  __77063__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred  __2022_____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,212.00 |

__Specs Liquor_____

__2410 Smith St_____

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

__Houston_____  __TX__  __77006__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred  __2022 - 2023__

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,743.00 |

__Splash PrintGraphics & Design_____

__5050 Campbell Rd_____

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

__Houston_____  __TX__  __77041__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred  __2022_____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,128.00 |

__Standard Knapp_____

__63 Pickering Street_____

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

__Portland_____  __CT__  __06480__

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred  __2021_____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Debtor  __Riba Foods, Inc._____     Case number (if known) _____

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 |

Check all that apply.

Stream

PO Box 650261

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                    TX      75265

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,259.00 |

Check all that apply.

Sweetener Supply

PO Box 6778

☐ Contingent
☐ Unliquidated
☐ Disputed

Carol Stream              IL      60197

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,310.00 |

Check all that apply.

Syndigo LLC

PO Box 734311

☐ Contingent
☐ Unliquidated
☐ Disputed

Chicago                   IL      60673

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,932.00 |

Check all that apply.

Sysco Food Services Inc.

10710 Greens Crossing Blvd

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                   TX      77038

Basis for the claim:
Goods & Services

Date or dates debt was incurred      2023

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **Riba Foods, Inc.**                                         Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.141**   Nonpriority creditor's name and mailing address

Tall Grass Freight Co

PO Box 88598

Carol Stream              IL      60188

Date or dates debt was incurred      2022

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,000.00

---

**3.142**   Nonpriority creditor's name and mailing address

Tena Transport

PO Box 1572

Denver                    CO      80217

Date or dates debt was incurred      2021

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,500.00

---

**3.143**   Nonpriority creditor's name and mailing address

The Chile Guy

168 East Calle Don Francisco

Bernalillo                NM      87004

Date or dates debt was incurred      2022

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$64,754.00

---

**3.144**   Nonpriority creditor's name and mailing address

The Milky Whey

116 Glacier Dr

Suite 201

Lolo                      MT      59847

Date or dates debt was incurred      2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,019.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   __Riba Foods, Inc.__                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.145** Nonpriority creditor's name and mailing address

The Neil Jones Food Company

PO Box 842476

_____

__Dallas__                    __TX__    __75284__

Date or dates debt was incurred      __2023__

Last 4 digits of account number      __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$73,071.00

---

**3.146** Nonpriority creditor's name and mailing address

TQL - Total Quality Logistics

PO Box 634558

_____

__Cincinnati__                __OH__    __45263__

Date or dates debt was incurred      __2022__

Last 4 digits of account number      __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,355.00

---

**3.147** Nonpriority creditor's name and mailing address

TricorBraun

PO Box 745628

_____

__Atlanta__                   __GA__    __30374__

Date or dates debt was incurred      __2022__

Last 4 digits of account number      __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,375.00

---

**3.148** Nonpriority creditor's name and mailing address

Trinidad Benham Corp

3091 Solution Center

_____

__Chicago__                   __IL__    __60677__

Date or dates debt was incurred      __2022 - 2023__

Last 4 digits of account number      __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,658.00

---

Debtor    Riba Foods, Inc.    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.149** Nonpriority creditor's name and mailing address

Uline

PO Box 88741

_____

Chicago            IL      60680

Date or dates debt was incurred      2022 - 2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$7,867.00

---

**3.150** Nonpriority creditor's name and mailing address

Univar

62190 Collections Center Dr

_____

Chicago            IL      60693

Date or dates debt was incurred      2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$17,734.00

---

**3.151** Nonpriority creditor's name and mailing address

Urchell Laboratories

75 Remittance Dr

Dept 1657

Chicago            IL      60675

Date or dates debt was incurred      2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$3,483.00

---

**3.152** Nonpriority creditor's name and mailing address

Valdez Corporation

13951 Senlac Dr

Suite 100

Dallas            TX      75234

Date or dates debt was incurred      2022

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,652.00

---

Debtor  __Riba Foods, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.153**  Nonpriority creditor's name and mailing address

__Veritiv Operating Company__

__dba All American Containers__

__9330 NW 110th Ave__

__Miami_____ FL____ 33178____

Date or dates debt was incurred ___2022_____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$126,262.00

---

**3.154**  Nonpriority creditor's name and mailing address

__Versacor__

__PO Box 93809__

__Southlake_____ TX____ 76092____

Date or dates debt was incurred ___2022 - 2023__

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,914.00

---

**3.155**  Nonpriority creditor's name and mailing address

__Waste Management__

__PO Box 660345__

__Dallas_____ TX____ 75266____

Date or dates debt was incurred ___2022 - 2023__

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$18,837.00

---

**3.156**  Nonpriority creditor's name and mailing address

__Wayne Automation Corporation__

__605 General Washington Ave__

__Norristown_____ PA____ 19403____

Date or dates debt was incurred ___2021_____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods & Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,207.00

---

Debtor    **Riba Foods, Inc.**                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.157 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$56,536.00

Whitman-Kiparski, Patricia

9506 Eastern Sky Lane

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Richmond                    TX    77406          Goods & Services

Date or dates debt was incurred    2022 - 2023    Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$37,494.00

WM Recycle America

PO Box 73356

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Chicago                    IL    60673          Goods & Services

Date or dates debt was incurred    2022          Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$20,443.00

Worldwide Express

PO Box 21272

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

New York                    NY    10087          Goods & Services

Date or dates debt was incurred    2022 - 2023    Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$30,763.00

Zep Sales and Service

PO Box 841508

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Dallas                    TX    75284          Goods & Services

Date or dates debt was incurred    2023          Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

Debtor   __Riba Foods, Inc._____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Arbitration Association<br>Ingenuneal Gray<br>9 Greenway Plaza # 1275<br><br>Houston        TX      77046<br>AAA Case 01-23-0001-0363 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.2 | Internal Revenue Service<br>300 E 8th Street<br>M/S 5026 AUS<br><br>Austin        TX      78701 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.3 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br><br>Philadelphia        PA      19101-7346 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.4 | United States Attorney General<br>950 Pennsylvania Avenue, NW<br><br><br>Washington        DC      20530-0001 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.5 | United States Attorney's Office<br>Civil Process Clerk<br>1000 Louisiana Street<br>Ste 2300<br>Houston        TX      77002 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.6 | William K. Grubb<br>McGinnis Lochridge<br>609 Main St. # 2800<br><br>Houston        TX      77002<br>Attorney for Food Design Group | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |

Debtor   Riba Foods, Inc.                                    Case number (if known) _____

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. $0.00 |
| 5b. | Total claims from Part 2 | 5b. + $4,209,798.12 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $4,209,798.12 |

**Fill in this information to identify the case:**

Debtor name __Riba Foods, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number _____   Chapter __11__
(if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Packaging Equipment Other Lease contract no. 097-0117452-000 36 month term; 5 months remaining | First Citizens Bank & Trust Co 21146 Network Place | | |
| | State the term remaining | 5 months | | | |
| | List the contract number of any government contract | | Chicago | IL | 60673-1211 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Steam Generator lease contract no. 097-0121038-000 36 month term; 8 months remaining | First Citizens Bank & Trust Co. 21146 Network Place | | |
| | State the term remaining | 8 months | | | |
| | List the contract number of any government contract | | Chicago | IL | 60673-1211 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 2 Color Copiers Contract no. 900-0327341-000 60 month term; 42 months remaining | First Citizens Bank & Trust Co. 21146 Network Place | | |
| | State the term remaining | 42 months | | | |
| | List the contract number of any government contract | | Chicago | IL | 60673-1211 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease contract (1st lease) 3701 - 3703 Arc 3735 - 3737 Arc 3702 - 370_ Artdale 3718 - 3724 Artdale 56 months; expires 3/31/2027 | Kagan Properties Venture I, LTD 8801 Knight Road | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Houston | TX | 77056 |

Debtor    Riba Foods, Inc. _____    Case number (if known) _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lease (2nd lease)<br>3810 - 3814 Ace<br>56 months; expires 3/31/2027 | Kagan Properties Venture I, LTD<br>8801 Knight Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                    TX        77056 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease (3rd lease)<br>3806 Ace<br>56 months; expires 3/31/2027 | Kagan Properties Venture I, LTD<br>8801 Knight Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                    TX        77056 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Penske Truck<br>VLSA<br>48 month term; 34 months remaining | Penske Truck & Leasing Co., LP<br>2675 Morgantown Road |
| | State the term remaining | 34 months | |
| | List the contract number of any government contract | | Reading                    PA        19607 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Shuttleworth Conveyors<br>Agreement no. 600-0166794-000<br>60 month term; 33 months remaining | U.S. Bank<br>Marshall Equipment Finance Operations<br>Attn: Terrica A. Vorvick<br>1310 Madrid St. |
| | State the term remaining | 33 months | |
| | List the contract number of any government contract | | Marshall                    MN        56258 |

**Fill in this information to identify the case:**

Debtor name __Riba Foods, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 206H</u>

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  Riba Foods, Inc.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B.................................................................. | **$0.00**

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B............................................................... | **$3,665,293.23**

   1c.  **Total of all property**
   Copy line 92 from Schedule A/B.................................................................. | **$3,665,293.23**

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$5,266,554.87**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................. | **$0.00**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ | **+ $4,209,798.12**

4.  **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................ | **$9,476,352.99**

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name    __Riba Foods, Inc.__ |
| United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__ |
| Case number (if known)    _____ |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/20/2023__          X __/s/ Miguel A. Barrios_____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                       __Miguel A. Barrios_____
                                       Printed name

                                       __CEO_____
                                       Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | § | |
|---|---|---|
| IN RE: | § | |
| **Riba Foods, Inc.** | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter ___11_____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## <u>PETITION, LISTS, STATEMENTS, AND SCHEDULES</u>

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
     I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company]* --
     I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: ___6/20/2023_____    **/s/ Miguel A. Barrios**_____
                     Miguel A. Barrios
                     CEO
                     **Complete EIN:**__76-0239129_____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: ___6/20/2023_____             **/s/ Richard Lee Fuqua II**_____
                                      Richard Lee Fuqua II, Attorney for Debtor

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

In re  **Riba Foods, Inc.**

Case No. _____

Chapter  <u>11</u>_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...........................Hourly: Estimated Total _____ **$0.00**

Prior to the filing of this statement I have received...................................................... **$25,000.00**

Balance Due..........................................................................Hourly: Approximately ____ **($25,000.00)**

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __06/20/2023__ | /s/ Richard Lee Fuqua II |
| *Date* | *Richard Lee Fuqua II*    Bar No.  07552300 |
| | Fuqua & Associates, P.C. |
| | 8558 Katy Freeway |
| | Suite 119 |
| | Houston, Texas 77024 |
| | Phone: (713) 960-0277 / Fax: (713) 960-1064 |

---

/s/ Miguel A. Barrios

*Miguel A. Barrios*
*CEO*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

IN RE:                                                          CHAPTER    11

Riba Foods, Inc.


DEBTOR(S)                                                      CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Miguel A. Barrios 2406 Morning Park Drive Katy TX 77494 | Common Stock | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ CEO _____ of the _____ Corporation _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: _6/20/2023_____          Signature: _/s/ Miguel A. Barrios_____
                                                   *Miguel A. Barrios*
                                                   CEO