THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **In re:** | Case No. 23-60028 |
| **RIBA FOODS, INC.,** | Chapter 7 |
| **Debtor.** | |

**TRUSTEE'S REPORT OF SALE**

1.      On September 27, 2023, the Trustee sold certain tangible and intangible personal property related to the debtor's manufacturing business to Arriba Foods, LLC, for $250,000.

2.      The sale was authorized by Court order dated September 27, 2023. DE 124.

Dated: September 28, 2023

Respectfully submitted,

*/s/ Christopher Murray*
602 Sawyer, Suite 400
Houston, TX 77007
Telephone: (832) 529-3027
Facsimile: (832) 529-3393
chris@jonesmurray.com

*Chapter 7 Trustee*

**Certificate of Service**

On September 28, 2023, I served a copy of this pleading through the Court's ECF system on all parties registered to receive such service.

*/s/ Christopher Murray*